UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIGOBERTO ONTIVEROS-MONZON,

            Petitioner,

   v.

LAURA HERMOSILLO, et al.,

           Respondent.

CASE NO. 2:25-cv-02659-BAT

**ORDER**

This matter comes before the Court on the Petitioner's Unopposed Motion for an Extension of Time. Dkt. 8. Having considered the parties' papers, IT IS HEREBY ORDERED:

(1) The motion (Dkt. 8) is GRANTED. Petitioner's Traverse shall be due on Monday, January 26, 2026.

(2) The Clerk is directed to re-note the return (Dkt. 6) to January 26, 2026.

(3) The Clerk is directed to provide a copy of this order to counsel for petitioner and counsel for respondent.

DATED this 9th day of January, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER - 1